IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiffs, | | **8:17CR304** |
| vs. | | |
| OMAR VAZQUEZ ALDERETE, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on Defendant's Motion for Detention Hearing (Filing No. 20). In reviewing the motion, it appears that the a detention hearing was held on October 31, 2017, and therefore the Court will construe filing number 20 as a Motion to Review Detention. Defendant's motion does not set forth a release plan for the Court's consideration. Additionally, the Court finds that the motion does not set out the respective positions of Probation and Pretrial Services and the Government. For all of these reasons, the motion will be denied without hearing. Upon consideration,

**IT IS ORDERED:**

1. Defendant's Motion for Detention Hearing (Filing No. 20) is denied without prejudice to the refiling of a motion that sets out an appropriate release plan.

2. Future motions for reconsideration of detention shall be filed as restricted, and if the release plan involves substance abuse treatment, shall have an attached substance abuse evaluation and a letter of acceptance from the proposed treatment program accompanied by a statement of the program's requirements.

3. Additionally, all motions for reconsideration of detention shall contain a statement as to the respective positions of Probation and Pretrial Services and the Government.

Dated this 20th day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge