# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>OMAR VAZQUEZ ALDERETE,<br>FRANCISCA TAPIA PORTILLO,<br><br>   Defendants. | 8:17CR304<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture, ECF No. 95. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On April 30, 2019, the Court entered a Preliminary Order of Forfeiture, ECF No. 82, pursuant to 21 U.S.C. §§ 841 and 853 based upon the Defendants' pleas of guilty to Count I and the Forfeiture Allegation of the Indictment. Pursuant to the Preliminary Order of Forfeiture, Defendants' interest in $8,460.00 U.S. currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 2, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on July 9, 2019. ECF No. 94.

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

A. The Motion for Final Order of Forfeiture, ECF No. 95, is granted.

B. All right, title and interest in and to the $8,460.00 U.S. currency held by any person or entity is hereby forever barred and foreclosed.

C. The $8,460.00 U.S. currency is hereby forfeited to the United States of America.

D. The United States is directed to dispose of said currency in accordance with law.

Dated this 22nd day of July 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge